# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mayer, Robert G. | United States Bankruptcy Court, Eastern District of Virginia | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial   ✔ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

200 S. Washington Street
Alexandria, Virginia 22314

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Executive Committee | Walter Chandler American Inn of Court |
| 2. | Manager | Short, LLC |
| 3. | Manager | Belt Realty LLC |
| 4. | Manager | Denham Green Lane LLC |
| 5. | Manager | Cottonwood Tree Company LLC |
| 6. | Manager | Mayer's Restorations Ltd |
| 7. | Co-Trustee | Trust B |
| 8. | | |
| 9. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | United Airlines -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Maryland Bankruptcy Bar Association | 5/2/2014-5/3/2014 | Annapolis, MD | Attend and teach at bankruptcy educational conference | food and lodgings |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Alliant Credit Union | Credit Card | J |
| 2. | Chase | Credit Cards | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BB&T Accounts | A | Interest | J | T | | | | | |
| 2. Anthem formerly WellPoint, Inc., common stock | A | Dividend | J | T | | | | | |
| 3. IRA-SEP Account (H) (Items 4-10) | C | Int./Div. | | | | | | | |
| 4. -- American Balanced Fund Class F1 | | | | | Sold | 10/20/14 | K | D | |
| 5. -- Blackrock Equity Dividend Fund CL Instl | | | | | Sold | 10/20/14 | K | D | |
| 6. -- Calamos Growth & Income Fund CL I | | | | | Sold | 10/20/14 | K | C | |
| 7. -- Columbia Marsico 21st Century Fund CL Z | | | | | Sold | 10/20/14 | K | | |
| 8. -- Ivy Asset Strategy Fund Class I | | | | | Sold | 10/20/14 | K | C | |
| 9. -- Franklin Mutual Global Discovery FD CL Z | | | | | Sold | 10/20/14 | K | C | |
| 10. -- Dreyfuss Liquid Assets CL 2 | | | | | Closed | 10/24/14 | J | | |
| 11. Short LLC membership interest (H) (Items 12-13) | | | | | | | | | |
| 12. -- Rental property, Fairfax, VA (2014 assessment $440,600) | D | Rent | | S | | | | | |
| 13. -- BB&T Account | | None | J | T | | | | | |
| 14. Alliant Credit Union Accounts | A | Interest | J | T | | | | | |
| 15. 401(k) Plan (H) (Items 16-30) | | None | M | T | | | | | |
| 16. -- UCH, Inc. Stock Fund | | | | | Sold | 02/04/14 | J | C | |
| 17. -- Loomis Value N | | | | | Buy (add'l) | 02/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- Loomis Value N | | | | | Sold | 02/11/14 | L | E | |
| 19. -- Pimco Total Ret Bond | | | | | Sold | 02/11/14 | J | C | |
| 20. -- Vanguard Target 2015 | | | | | Sold (part) | 02/11/14 | J | A | |
| 21. -- Vangaurd Target 2015 | | | | | Sold | 09/25/14 | J | A | |
| 22. -- Vanguard Target 2020 | | | | | Buy | 09/25/14 | M | | |
| 23. -- Vanguard Target 2025 | | | | | Buy (add'l) | 02/11/14 | J | | |
| 24. -- Vanguard Target2025 | | | | | Sold | 09/25/14 | K | D | |
| 25. -- Vanguard Target 2035 | | | | | Buy | 02/11/14 | K | | |
| 26. -- Vangaurd Target 2035 | | | | | Sold | 09/25/14 | K | C | |
| 27. -- Vanguard Target 2045 | | | | | Buy | 02/11/14 | K | | |
| 28. -- Vanguard Target 2045 | | | | | Sold | 09/25/14 | K | C | |
| 29. -- Vanguard Target 2055 | | | | | Buy | 03/01/14 | J | | |
| 30. -- Vanguard Target 2055 | | | | | Sold | 09/25/14 | J | A | |
| 31. Alliant Credit Union (IRA) | A | Interest | | | Closed | 06/21/14 | L | | |
| 32. Burke & Herbert Bank Account | A | Interest | J | T | | | | | |
| 33. Brokerage Account A (H) (Items 34-62) | | | | | | | | | |
| 34. -- American Funds Capital Income Builder CL C | B | Dividend | K | T | Sold (part) | 09/11/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- American Funds The Income Fund of America CL C | A | Dividend | K | T | Sold (part) | 09/12/14 | K | B | |
| 36. --American Funds American Balanced Fund CL C | A | Dividend | K | T | Sold (part) | 09/11/14 | K | D | |
| 37. -- American Funds The Bond Fund of America CL C | A | Dividend | | | Sold | 09/11/14 | K | B | |
| 38. -- American Funds Capital World Growth & Income Fund CL C | A | Dividend | K | T | Sold (part) | 09/11/14 | J | C | |
| 39. -- American Funds American Balanced Fund CL A | A | Dividend | J | T | | | | | |
| 40. -- American Funds The Income Fund of America CL A | A | Dividend | J | T | | | | | |
| 41. -- American Funds New Perspective Fund CL A | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 42. -- American Funds New Perspective Fund CL A | | | | | Buy (add'l) | 02/20/14 | J | | |
| 43. -- American Funds New Perspective Fund CL A | | | | | Sold (part) | 09/12/14 | J | A | |
| 44. -- American Funds New World Fund CL A | A | Dividend | J | T | Buy (add'l) | 01/15/14 | J | | |
| 45. -- American Funds New World Fund CL A | | | | | Buy (add'l) | 02/20/14 | J | | |
| 46. -- American Funds New World Fund CL A | | | | | Sold (part) | 09/12/14 | J | A | |
| 47. -- American Funds Washington Mutual Investors Fund CL A | A | Dividend | K | T | Sold (part) | 09/12/14 | J | C | |
| 48. -- AMCPX | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 49. -- AMCPX | | | | | Buy (add'l) | 02/20/14 | J | | |
| 50. -- AMCPX | | | | | Sold (part) | 09/11/14 | K | B | |
| 51. -- AMRMX | A | Dividend | K | T | Buy (add'l) | 02/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- AMRMX | | | | | Sold (part) | 09/11/14 | J | B | |
| 53. -- CWGIX | A | Dividend | K | T | | | | | |
| 54. -- ANCFX | A | Dividend | K | T | Buy (add'l) | 02/20/14 | J | | |
| 55. -- ANCFX | | | | | Sold (part) | 09/11/14 | J | A | |
| 56. -- AGTHX | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 57. -- AGTHX | | | | | Buy (add'l) | 02/20/14 | J | | |
| 58. -- AGTHX | | | | | Sold (part) | 09/12/14 | J | A | |
| 59. -- AIVSX | A | Dividend | K | T | Buy (add'l) | 02/20/14 | J | | |
| 60. -- AIVSX | | | | | Sold (part) | 09/12/14 | J | A | |
| 61. -- GBLAX | A | Dividend | J | T | Buy | 02/20/14 | J | | |
| 62. -- GBLAX | | | | | Sold (part) | 09/11/14 | J | A | |
| 63. Brokerage Account B (H) (Items 64-72) | | | | | | | | | |
| 64. -- AT&T common stock | A | Dividend | | | Sold | 09/10/14 | K | D | |
| 65. -- BP PLC common stock | A | Dividend | | | Sold | 09/10/14 | J | | |
| 66. -- Chevron common stock | A | Dividend | | | Sold | 09/10/14 | K | D | |
| 67. -- Exxon Mobil Corp common stock | A | Dividend | | | Sold | 09/10/14 | K | D | |
| 68. -- IBM common stock | A | Dividend | | | Sold | 09/10/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- McDonalds Corp common stock | A | Dividend | | | Sold | 09/10/14 | K | D | |
| 70.  -- Verizon Communications common stock | A | Dividend | | | Sold | 09/10/14 | J | A | |
| 71.  -- Tax Exempt Fund of Virginia CL A | | Interest | | | Sold | 09/10/14 | J | | |
| 72.  -- Federated Capital Reserves | A | Interest | | | Closed | 09/10/14 | J | | |
| 73.  Belt Realty LLC membership interest (H) (Items 74-76) | | | | | | | | | |
| 74.  -- BB&T account | | None | J | T | | | | | |
| 75.  -- Real Prop. A, Alexandria, VA (2014 assess. $603,590) | E | Rent | | S | | | | | |
| 76.  -- Real Prop. B, Alexandria, VA (2014 assess. $581,810) | F | Rent | | S | | | | | |
| 77.  Trust B (H) (Item 78) | | | | | | | | | |
| 78.  -- Alliant Credit Union Account | A | Interest | | | Closed | 05/07/14 | K | | |
| 79.  Cottonwood Tree Co LLC membership interest (H) (Items 80-81) | | | | | | | | | |
| 80.  -- Real Prop. Sedgwick Co., KS (2014 assess. $164,700) | E | Rent | | S | | | | | |
| 81.  -- BB&T bank account | | None | J | T | | | | | |
| 82.  Denham Green Lane LLC membership interest (H) (Items 83-84) | | | | | | | | | |
| 83.  -- Real Prop. Worchester Co, MD (2014 assess. $468,000) | E | Rent | | S | | | | | |
| 84.  - -- BB&T bank account | | None | J | T | | | | | |
| 85.  Mayer's Restorations Ltd membership interest (H) (Item 86) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Real Prop Montgomery Co, OH (2014 assess. $77,890) | D | Rent | | S | | | | | |
| 87. IRA 2 (H)(Items 88-109) | C | Dividend | M | T | | | | | |
| 88. -- UUP | | None | | | Sold | 08/27/14 | J | | |
| 89. -- IWF | A | Dividend | J | T | Sold (part) | 09/25/14 | J | B | |
| 90. -- IWF | | | | | Sold (part) | 11/10/14 | J | B | |
| 91. -- IWD | A | Dividend | J | T | | | | | |
| 92. -- IWP | A | Dividend | J | T | | | | | |
| 93. -- OEF | A | Dividend | K | T | | | | | |
| 94. -- PFF | A | Dividend | J | T | | | | | |
| 95. -- VWO | A | Dividend | J | T | | | | | |
| 96. -- CSJ | A | Dividend | J | T | | | | | |
| 97. -- IJH | A | Dividend | J | T | | | | | |
| 98. -- BKLN | A | Dividend | J | T | Sold (part) | 09/26/14 | J | | |
| 99. -- PCY | A | Dividend | J | T | | | | | |
| 100. -- SH | | None | J | T | Buy (add'l) | 01/30/14 | J | | |
| 101. -- VGK | A | Dividend | J | T | | | | | |
| 102. -- VIG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- VGT | A | Dividend | J | T | | | | | |
| 104. -- DXJ | A | Dividend | J | T | | | | | |
| 105. -- DJP | | None | J | T | Buy | 08/27/14 | J | | |
| 106. -- EFG | A | Dividend | J | T | Buy | 09/25/14 | J | | |
| 107. -- MINT | A | Dividend | J | T | Buy | 09/25/14 | J | | |
| 108. -- STPZ | | None | J | T | Buy | 09/26/14 | J | | |
| 109. -- VEU | A | Dividend | J | T | Buy | 11/07/14 | J | | |
| 110. Brokerage Account C (H) (Items 111-122 ) | | | | | | | | | |
| 111. -- UTX | A | Dividend | | | Buy (add'l) | 05/27/14 | J | | |
| 112. -- UTX | | | | | Buy (add'l) | 06/11/14 | J | | |
| 113. -- UTX | | | | | Sold | 09/05/14 | K | | |
| 114. -- WPOIX | A | Dividend | | | Sold | 09/05/14 | J | A | |
| 115. -- VFINX | A | Dividend | | | Sold | 09/05/14 | J | B | |
| 116. -- MCD | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 117. -- IVW | A | Dividend | | | Buy | 05/27/14 | J | | |
| 118. -- IVW | | | | | Sold | 09/05/14 | J | A | |
| 119. -- SBUX | A | Dividend | J | T | Buy | 05/27/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -- FB | | None | J | T | Buy | 06/11/14 | J | | |
| 121.  -- DIS | | None | | | Buy | 06/11/14 | J | | |
| 122.  -- DIS | | | | | Sold | 09/05/14 | J | A | |
| 123.  SunTrust Bank Account | | None | J | T | Open | 09/12/14 | J | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 67, Trust B. Final distribution was made in 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert G. Mayer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544